UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 23-cv-23244-ALTONAGA/Damian

MATT PETER GILBERTSON,

      Plaintiff,

vs.

ROYAL CARIBBEAN CRUIESS, LTD.,
a Corporation, ATLANTIS EVENTS, INC.,
a coporation,

      Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

     The undersigned counsel hereby stipulate and agree that DAVID J. HORR, ESQ., of

HORR, SKIPP & PEREZ, P.A.  is hereby relieved and terminated as counsel for Defendant,

ATLANTIS EVENTS, INC. and that DARREN W. FRIEDMAN, ESQ. and LIZBETH MICHEL-

ESCANDELL, ESQ. and the law firm of Foreman Friedman, P.A., 2. South Biscayne Boulevard,

Suite #2200, Miami, Florida 33131 Tel: 305-358-6555/Fax: 305-374-9077 are hereby substituted

as counsel for said party.

      Date:  November 7, 2023
            Miami, Florida

| | |
|---|---|
| By:*/s/  David J. Horr*_____<br>David J. Horr, Esq.<br>dhorr@admiral-law.com<br>HORR, SKIPP & PEREZ, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>Tel: 305-670-2525 / Fax: 305-670-2526<br>Counsel for Defendant, Atlantis Events, Inc. | By:*/s/ Lizbeth Michel-Escandell*<br>Darren W. Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>Lizbeth Michel-Escandell, Esq.<br>Lmichel-escandell@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2200 |

| | 2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555/ Fax: 305-374-9077<br>Counsel for Defendant Atlantis Events, Inc. |
|---|---|

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on November 7, 2023. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/   Lizbeth Michel-Escandell*
Lizbeth Michel-Escandell, Esq

## SERVICE LIST

| Paul Jon Layne, Esq.<br>Playne@Silvasilva.com<br>SILVA & SILVA, P.A.<br>236 Valencia Avenue<br>Coral Gables, FL 33134<br>Tel: 305-445-0011/Fax: 305-445-1181<br>Counsel for Plaintiff | Darren W. Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>Lizbeth Michel-Escandell, Esq.<br>Lmichel-escandell@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2200<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555/ Fax: 305-374-9077<br>Counsel for Defendant Atlantis Events, Inc.<br><br>David J. Horr, Esq.<br>dhorr@admiral-law.com<br>HORR, SKIPP & PEREZ, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>Tel: 305-670-2525 / Fax: 305-670-2526<br>Counsel for Defendant, Atlantis Events, Inc. |