**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-23244-CIV-ALTONAGA/Damian**

**MATT PETER GILBERTSON**,

     Plaintiff,

vs.

**ROYAL CARIBBEAN CRUISES,**
**LTD.**; *et al.*,

     Defendants.

_____/

**ORDER OF SUBSTITUTION OF COUNSEL**

     THE MATTER came before the Court on the Stipulation of Substitution of Counsel [ECF No. 10].  Accordingly, it is

     **ORDERED AND ADJUDGED** that David J. Horr, Esq., of the law firm of Horr, Skipp & Perez, P.A., is relieved and terminated as counsel for the Defendant, Atlantis Events, Inc., and that Darren W. Friedman, Esq. and Lizabeth Michel-Escandell, Esq. and the law firm of Foreman Friedman, P.A., are hereby substituted as counsel for said party.  Clerk is directed to remove David J. Horr, Esq. from this matter.

     **DONE AND ORDERED** in Miami, Florida, this 8th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record